IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALAN DOERING**                                                                    **PLAINTIFF**
**ADC #106115**

**v.**                      **CASE NO. 2:20-CV-00049-BSM**

**ASA HUTCHINSON,** *et al.*                                        **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Alan Doering's objections, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 5] is adopted, and the complaint [Doc. No. 2] is dismissed without prejudice for failure to pay the $400 filing fee. Doc. No. 3.

IT IS SO ORDERED this 13th day of August, 2020.

                                           _____
                                           UNITED STATES DISTRICT JUDGE