IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALAN DOERING** **PLAINTIFF**
**ADC #106115**

v.                 **CASE NO. 2:20-CV-00049-BSM**

**ASA HUTCHINSON,** *et al***.**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is is dismissed without prejudice.

IT IS SO ORDERED this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE